USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KANAN, CORBIN, SCHUPAK & ARONOW, INC.,

Plaintiff,

-v-

LEWIS GOLDBERG,

Defendant.

---------------------------------------------------------------------X

26-cv-6664 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic hearing on the emergency motion for a temporary restraining order, Dkt. No. 5, on August 7, 2026 at 10:00 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is directed to serve a copy of this Order upon Defendant and his counsel by email today, August 5, 2026, and by Express Mail for delivery by tomorrow, August 6, 2026, and to file proof of such service on the docket.

SO ORDERED.

Dated: August 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge