UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANAN, CORBIN, SCHUPAK & ARONOW, INC., Plaintiff, -against- LEWIS GOLDBERG, Defendant. | Civil Action No. 26-cv-6664 (LJL)<br>**ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Upon the Affirmation of Kathryn Roland, executed on August 3, 2026, the Verified Complaint verified by Todd Fromer on August 4, 2026, and *Plaintiff's Memorandum of Law in Support Of Motion For A Temporary Restraining Order and Preliminary Injunction* it is ORDERED, that the above-names defendants show before this Court, at Room 15C, United States Courthouse, 500 Pearl Street , New York, New York 11201, on August 20, 2026 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, why a preliminary injunction should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure prohibiting Defendant Lewis Goldberg, and any business entity controlled or operated by Defendant, from: (1) using the confidential information, (including artificial intelligence tools ("AI Tools") and source code for the AI Tools) belonging to Plaintiff Kanan, Corbin, Schupak & Aronow, Inc ("KCSA") for any purpose, including the solicitation of any clients of KCSA, or KCSA client prospects about which Defendant learned confidential information that could be used to solicit such client prospects during his employment with KCSA; (2) from accessing KCSA's

information technology systems, AI Tools, or source code for AI Tools on KCSA's information technology systems; and (3) soliciting KCSA clients.

**TEMPORARY RESTRAINING ORDER**

And it is further ORDERED, that, until the conclusion of the hearing on this Order To Show Cause, Defendant, and any business entity operated or controlled by Defendant, shall be temporarily restrained from:

(1) using the confidential information, (including artificial intelligence tools ("AI Tools") and source code for the AI Tools) belonging to Plaintiff KCSA for any purpose, including the solicitation of any clients of KCSA, or KCSA client prospects about which Defendant learned confidential information that could be used to solicit such client prospects during his employment with KCSA;

(2) from accessing KCSA's information technology systems, AI Tools, or source code for AI Tools on KCSA's information technology systems; and

(3) soliciting KCSA clients.

~~And it is further ORDERED, that a copy of this Order, together with the papers upon which it is granted, be served personally or by overnight delivery on Defendant or Defendant's attorneys on or before August ____, 2026, and that such service shall be deemed good and sufficient.~~

Dated: New York, New York
August 7, 2026 10:52 a.m.

Defendant shall file its opposition papers to the motion for a preliminary injunction by August 17, 2026. Plaintiff shall file its reply by August 19, 2026.

ENTER:

______________________________
United States District Judge
Southern District of New York