UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANAN, CORBIN, SCHUPAK & ARONOW, INC., Plaintiff, -against- LEWIS GOLDBERG, Defendant. | Civil Action No. 26-cv-06664 (LJL) **PRELIMINARY INJUNCTION ORDER** |

Plaintiff Kanan, Corbin, Schupak & Aronow, Inc. ("KCSA" or "Plaintiff") having filed it Verified Complaint and a Motion for a Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65, and the Court having entered a temporary restraining order on August 9, 2026 (Dkt. No. 15), and the Parties having stipulated to the entry of this Order,

IT IS HEREBY ORDERED that Defendant Lewis Goldberg ("Defendant"), and any business entity controlled or operated by Defendant, are prohibited from:

(1) Using confidential information, (including artificial intelligence tools ("AI Tools") and source code for the AI Tools) belonging to Plaintiff Kanan, Corbin, Schupak & Aronow, Inc ("KCSA") for any purpose, including the solicitation of any clients of KCSA, or KCSA client prospects about which Defendant learned confidential information that could be used to solicit such client prospects during his employment with KCSA;

(2) Accessing KCSA's information technology systems, AI Tools, or source code for AI Tools on KCSA's information technology systems; and

(3) Soliciting KCSA clients.

IT IS FURTHER ORDERED that this preliminary injunction order shall remain in effect, and this case shall be stayed, until a final award is issued, or the dispute is otherwise resolved, in the arbitration proceedings initiated by Plaintiff against Defendant before the American Arbitration Association ("AAA") on August 4, 2026 (AAA Case No. 01-26-000-47011).

SO ORDERED.

Dated: August 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge