USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANAN, CORBIN, SCHUPAK & ARONOW, INC.,

Plaintiff,

-v-

LEWIS GOLDBERG,

Defendant.

26-cv-6664 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have stipulated to, and the Court has entered, a preliminary injunction order and stay of proceedings in this case. *See* Dkt. No. 18. Accordingly, the show cause hearing previously scheduled for August 20, 2026 at 10:00 a.m. is CANCELLED, and the briefing schedule previously set for the motion for a preliminary injunction is VACATED.

The parties are directed to inform the Court within fourteen (14) days of the issuance of a final award, or the resolution of the dispute, in the arbitration proceedings initiated by Plaintiff against Defendant before the American Arbitration Association.

SO ORDERED.

Dated: August 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge